AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Steven Whitt,<br>*Petitioner*<br>v.<br>Warden Cecilia Reynolds,<br>*Respondent* | )<br>)<br>)   Civil Action No.   1:14-cv-04008-TMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Steven Whitt, shall take nothing of the respondent, Warden Cecilia Reynolds, as to the petition filed and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismissed the petition with prejudice for lack of prosecution.

Date:  May 1, 2015                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/G. Mills
                                                                      *Signature of Clerk or Deputy Clerk*